FILED 18 APR 18 13:04USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
CHOOSE ONE DIVISION
*(Select the Division in which the complaint is filed.)*

Chad E. Johnson
Sr.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Roxanne B. Osborne
Valerie Hedrick
Marcus Costello, Eve Costello

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:18-cv-00660-MC
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Chad Johnson |
| Street Address | 5415 Harlan Dr. |
| City and County | Klamath falls Klamath County |
| State and Zip Code | OR 97603 |
| Telephone Number | 541-579-9316 |
| E-mail Address | mrchadjohnson1776@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Roxanne B. Osborne |
| Job or Title (if known) | Elected Judge |
| Street Address | 316 main st. |
| City and County | Klamath Falls Klamath County |
| State and Zip Code | OR 97601 |
| Telephone Number | 541-883-5503 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Valerie Hedrick |
| Job or Title (if known) | Public Defender |
| Street Address | 533 Main st. |
| City and County | Klamath falls, ~~OR~~ Klamath County |

State and Zip Code OR
Telephone Number 541-205-5501
E-mail Address (if known)

Defendant No. 3

Name Marcus L. Costello
Job or Title (if known) Public Defender
Street Address 533 main st. ~~541-205-5501~~ CJ
City and County Klatmath falls Klamath County
State and Zip Code OR 97601
Telephone Number 541-205-5801
E-mail Address (if known)

Defendant No. 4

Name Eve Costello
Job or Title (if known) Klamath County District Attorney
Street Address 316 main st
City and County Klamath falls Klamath County
State and Zip Code OR 97601
Telephone Number 541-883-5503
E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S code § 1961 -Definitions "Racketeering Activity" Kidnapping, extortion, and identity theft. Judicial System Collusion to hide its criminal activity. 18 U.S code § 241 Conspiracy against rights.

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Chad Johnson, is a citizen of the State of *(name)* Oregon.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Roxanne Osborne, is a citizen of the State of *(name)* Oregon. *Or* is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. *Or* is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

________________________________________________

________________________________________________

________________________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was enjoying my freedom of speech on facebook to raise awareness into publicly discussed Klamath County Corruption. My page was gaining support and the nature of my post was making me a creditable source. See attached page.



KLAMATH COMMUNITY COLLEGE

Klamath Community College provides accessible, quality education and services in response to the diverse needs of the student, business, and community. The College supports student success in workforce training, academic transfer, foundational skills development, and community education.

you as a federal court knows that a citizens speech shall never be silenced in the way it was. The question I ask myself is "Why" would a group of "lawyers" use an illegal mechanism to discredit me as a source, they are lawyers. If I was lying, I should have been served with a cease and desist. I unpublished my page to preserve the post. When I re-published it it was removed. "Gone". my analytics showed me that I had 1,000's of views. 90 likes. The area I had set for my post to reach was 30 air miles around the court house. I had a potential 44.7K views, I don't recall but I think I had 20,000 views I've heard rumors that the old D.A. would make defendants charges disappear for mafioso style hits / cooking. We know corruption exist. I have been told to back off or else. People "Do not" know how to fight this type of corruption for fear of what I'm going through. Corruption is like a theater production. It happens behind the scenes. It hides in the shadows of justice. my page was not meant to inform my neighbors but to trigger a response. motive for collusion. Easy plea's, aledged mexican cartel connection. Operation trojan horse clean up the mexican cartel competition. Also these friends enjoy 5.2 million dollar bi-annual public defender contract. my public defender told me he is not doing anything to defend me. That I should not have called out corruption before my case was over and I have to plea to things I did not do. He, Mark henderscot, said, they told him I'm doing maximum sentence for my duii after it was already dismised,

7390 South 6th Street - Klamath Falls, OR 97603 - 541-882-3521 - www.klamathcc.edu

and erased. I'm a fall, winter term Dean's list student.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Disbarment, prison for abuse of trusted roles in society after I'm sentenced to prison for not playing along with their (per)version of Justice, Atleast removal from trusted roles. people like them shall not be on the input side of data that condemns us. Steals our identity.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4, 11, 2018.

Signature of Plaintiff [signature]

Printed Name of Plaintiff Chad Johnson

**B. For Attorneys**

Date of signing: 4, 11, 2018.

Signature of Attorney [signature]

Printed Name of Attorney Chad E. Johnson

Bar Number not an attorney

Name of Law Firm N/A

Address 5415 Harlan Dr. Klamath Falls, OR 97603

Telephone Number 541-579-9316

E-mail Address mrchadjohnson1776@gmail.com

  

77% 8:08 PM

Replies to Valerie's comment on **United we stand against Klamath County Corruption's post.**

**Valerie Beth Hedrick**
WARNING: This post contains erroneous and ignorant statements... statements almost as ignorant as the dumb shit posting them. Almost. (And p.s., the attorneys and judges know who you are, but go ahead and keep hiding behind your Facebook page. Coward.)

1h Like Reply 2

**United we stand against Klamath County Corruption**
Your opinion is noted and tainted. Little bit bias valerie?

32m Like

**Cheyenne McQueen**
These monsters hide in plain site

31m Like 1

Write a reply...    

75% 1:44 PM

Comments

the citizens side with sex offenders over city officials...smh...that's sad

1h Like

**Valerie Beth Hedrick**
Yeah, you're right Jamie. It was wrong of me to point out that this Facebook page is operated by someone with several criminal charges pending. I mean, I should just lay low so that some unsuspecting female could date him, fall in love, and then get their children taken into foster care. What nerve I have... just think of all the people I may have deterred from dating someone accused of sex crimes. What a shame.

27m Like

**Jamie Diane**

Write a reply...    

8:08 PM



Comments



United we stand against Klamath County Corruption

Is that another threat Valerie?

22m Like  1



Ursula Smith

Seems to me if you put as much Energy and time that you have used to create this group you probably would've got your kids back From the state 😂 if the system here so corrupt you should probably get out of town

4m Like

Amber Dawn

Prayers for both sides if you want to help families and children get involved do ground work posting about it on fb will only make people mad and never help anything

2m Like



Write a reply...     



80% 7:55 PM

Valerie Hedrick

ATTORNEY

533 MAIN ST, KFO

(541) 205-5501